IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENESSEEE

| | |
|---|---|
| MARIBEL LINEBERRY, | ) |
| | ) |
|     PLAINTIFF, | ) |
| | ) |
| VS. | )    CASE NO. 3:12-cv-1135 |
| | ) |
| STATE FARM FIRE AND | ) |
| CASUALTY COMPANY, | ) |
| | ) |
|     DEFENDANT. | ) |

### RULE 41(a) STIPULATION OF VOLUNTARY DISMISSAL

NOW INTO COURT, through undersigned counsel, come Plaintiff, Maribel Lineberry and Defendant, State Farm Fire and Casualty Company ("State Farm"), who each and all do hereby stipulate and agree that this matter has been amicably resolved, and that the above referenced cause may be dismissed with prejudice, with each party hereto to bear its own costs and expenses.

WHEREFORE, the parties pray that this Court issue an order dismissing this case, with prejudice, and with each party to bear its own costs and expenses.

Dated: October 14, 2013.

                                                    Respectfully submitted,

                                                  By: *s/ Timothy A. Davis*
                                                Timothy A. Davis, B.P.R. # 20048
                                                115 East Main Street
                                                Lebanon, Tennessee 37087
                                                P: (615) 444-7272
                                                Email: timadavis@mindspring.com
                                                Counsel for Plaintiff:
                                                Maribel Lineberry

And

**NIELSEN, CARTER & TREAS, L.L.C.**

By: *s/ Kristie Luke Mouney*
Kristie Luke Mouney. LA Bar #29958
Kim Tran Britt, LA Bar #24896
3838 N. Causeway Blvd.
Suite 2850
Metairie, Louisiana 70002
P: (504) 837-2500
F: (504) 832-9165
Email: kmouney@nct-law.com
Counsel for Defendant:
State Farm Fire and Casualty Company

And

**THOMASON, HENDRIX, HARVEY, JOHNSON & MITCHELL, PLLC**
CHRISTOPHER L. VESCOVO (14516)
JONATHAN L. MAY (27408)
2900 One Commerce Square
40 South Main Street
Memphis, TN 38103
(901) 577-6140
vescovoc@thomasonlaw.com
mayj@thomasonlaw.com
Local Counsel for Defendant:
State Farm Fire and Casualty Company

## CERTIFICATE OF SERVICE

I hereby certify that on October 14, 2013, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all parties of record.

*/s/ Kristie Luke Mouney*
Kristie Luke Mouney