IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENESSEEE

| | |
|---|---|
| MARIBEL LINEBERRY, | ) |
| PLAINTIFF, | ) |
| VS. | ) CASE NO. 3:12-cv-1135 |
| STATE FARM FIRE AND CASUALTY COMPANY, | ) |
| DEFENDANT. | ) |

**O R D E R**

Considering the foregoing Rule 41(a) Stipulation of Voluntary Dismissal,

IT IS ORDERED that this matter is dismissed with prejudice with each party hereto to bear its own costs and expenses.

Nashville, Tennessee, this 17 th day of October, 2013.

_____
**J U D G E**